## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOE MICELI,

    Plaintiff,

v.                                Case No.    1:20-cv-01231 SMV/SCY

SOUTHWIND MANAGEMENT CORP.,
SPINNAKER RESORTS INC. and Jane Does 1-10,

    Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, by and through his counsel of record, Sid Childress, and Defendants Southwind Management Corp., and Spinnaker Resorts, Inc., by and through their counsel of record, Butt, Thornton, & Baehr, P.C. (Monica R. Garcia) and Ansa Assuncao LLP (Robert A. Assuncao and Steven F. Gooby), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and stipulate to the dismissal of all causes of action brought, or which could have been brought, against all Defendants in the above styled cause, with prejudice. All parties shall bear their own costs and fees.

                                            Respectfully submitted,

                                            BUTT, THORNTON, & BAEHR

                                            By:/s/ *Monica R. Garcia*
                                            Monica R. Garcia
                                            4101 Indian School Rd. NE
                                            Ste. 300
                                            P.O. BOX 3170
                                            Albuquerque, NM 87190
                                            (505)884-0777
                                            mrgarcia@btblaw.com

       and

Robert A. Assuncao (admitted *pro hac vice*)
Steven F. Gooby (admitted *pro hac vice*)
**ANSA ASSUNCAO LLP**
100 Matawan Road, Suite 410
Matawan, NJ  07747
Tel:  (732) 993-9850
Fax:  (732) 993-9851
robert.assuncao@ansalaw.com
steven.gooby@ansalaw.com
*Attorneys for Defendants*
*Southwind Management Corp. and*
*Spinnaker Resorts, Inc*


   /s/ Sid Childress
_____
Sid Childress, Lawyer
1925 Aspen Dr., #600A
Santa Fe, NM  87505
Tel: (505) 433-9823
childresslaw@hotmail.com
*Attorney for Plaintiff*

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF filing system to all counsel of record on this 30th day of April 2021.

/s/ *Monica R. Garcia*
Monica R. Garcia